**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1385**

| In the Matter of | Case Number: |
|---|---|
| CHRIS DEULEN, et al., v. NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHRIS DEULEN, JULIE DEULEN, GAIL WILCINSKI, ANNETTE SCHRAG, DAVID TAYLOR, LINDA STICKNEY–TAYLOR, and DIANE KALUSNIAK

**JUDGE BUCKLO**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| SEAN P. DRISCOLL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ SEAN P. DRISCOLL |
| FIRM |
| CLIFFORD LAW OFFICES, P.C. |
| STREET ADDRESS |
| 120 N. LaSalle Street, 31st Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288120 | (312) 899-9090 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐