# United States District Court
# Northern District of Illinois

In the Matter of

Chris Deulen, et al

v.

National Railroad Passenger, et al

Case No. 08 C 1385

Designated Magistrate Judge
Michael T. Mason

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Elaine E. Bucklo** to be related to **07 C 6836** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Rebecca R. Pallmeyer

Dated: March 13, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: MAR 1 3 2008

Finding of Relatedness (Rev. 9/99)