## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number:   08 C 1385

CHRIS DEULEN; JULIE DEULEN; GAIL WILCINSKI; ANNETTE SCHRAG; DAVID TAYLOR; LINDA STICKNEY-TAYLOR; and DIANE KALUSNIAK
   v.
NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK AND NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, LOUIS T. BURKE, III and LYNN HALBERSTADT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK and

NORFOLK SOUTHERN RAILWAY COMPANY, a corporation

| | |
|---|---|
| NAME (Type or print) | |
| Susan K. Laing | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ *[signature]* | |
| FIRM | |
| Anderson, Rasor & Partners, LLP | |
| 55 East Monroe Street, Suite 3650 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06211085 | 312-673-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **Appearance** to:

Robert A. Clifford
Sean P. Driscoll
Clifford Law Offices, P.C.
120 North LaSalle Street - 31st Floor
Chicago, Illinois 60602
(312) 899-9090

by mailing a true copy thereof in a first class, postage prepaid envelope addressed to counsel as listed below by depositing said envelope in the U.S. Mail chute located at 55 E. Monroe Street, Suite 3650, Chicago, Illinois, before the hour of 5:00 p.m. on May 14, 2008.

*[Signature: Catherine Mservnis]*

Subscribed and Sworn To
Before Me this __14th__
Day of __May__, 2008

*[Signature: Carol D. Carson]*
Notary Public

"OFFICIAL SEAL"
CAROL D. CARSON
Notary Public, State of Illinois
My Commission Expires 2/2/11

Anderson, Rasor & Partners, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312)673-7800