IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS DEULEN; JULIE DEULEN;<br>GAIL WILCINSKI; ANNETTE SCHRAG;<br>DAVID TAYLOR; LINDA STICKNEY-<br>TAYLOR; and DIANE KALUSNIAK<br>  Plaintiffs, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | )<br>) | 08 C 1385<br>Judge Rebecca Pallmeyer |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION d/b/a AMTRAK and<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY, a corporation, LOUIS T.<br>BURKE, III; and LYNN HALBERSTADT,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## NOTICE OF MOTION

**To:**   Robert A. Clifford
Sean P. Driscoll
Clifford Law Offices, P.C.
120 North LaSalle Street - 31st Floor
Chicago, Illinois 60602

On May 22, 2008, at 8:45 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2119 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing, **DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY's MOTION FOR A QUALIFIED PROTECTIVE ORDER**, a copy of which is hereby served upon you.

_/s/ signature_

Name: Anderson, Rasor & Partners, LLP        Attorney for: National Railroad Passenger Corp.
Address: 55 E. Monroe                                          City: Chicago, IL 60603
Telephone: (312) 657-7813                               Atty. No.: 41529

## PROOF OF SERVICE BY MAIL

I, Catherine M. Tervanis, a non-attorney, certify I served this notice of motion by mailing a copy to the above-named at the above-listed address and depositing the same in the U.S. mail at 55 E. Monroe, Chicago, IL before 5:00 p.m. on May __14__, 2008.

Subscribed to and sworn to before me this __14__ day of May, 2008

_____
Notary Public

Anderson, Rasor & Partners, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312)673-7813 (S.K. Laing)

"OFFICIAL SEAL"
PATRICIA A. GUNIA
Notary Public, State of Illinois
My Commission Expires 06/13/11