**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1385 |
|---|---|

Chris Deulen, Julie Deulen, Gail Wilcinski, Annette Schrag, David Taylor, Linda Stickney-Taylor, and Diane Kalusniak, plaintiffs v. National Railroad Passenger Corporation, dba, Metra, and Norfolk Southern Railway Company, a corporation, Louis T. Burke, III, and Lynn Halberstadt. Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL RAILROADPASSENGER CORPORATION, dba AMTRAK and

NORFOLK SOUTHERN RAILWAY COMPANY, a corporation.

| NAME (Type or print) |
|---|
| Joseph L. Nelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/　Joseph L. Nelson |
| FIRM |
| Anderson, Rasor & Partners, LLP |
| STREET ADDRESS　55 East Monroe Street |
| CITY/STATE/ZIP　Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06291844 | TELEPHONE NUMBER 312-469-5051 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES　NO **X** |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES　NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES　NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES　NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐