Case 1:08-cv-01385   Document 12   Filed 05/19/2008   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1385 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Chris Deulen, et al vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Defendants motion for a qualified protective order [10] granted. Enter Protective Order Pursuant To HIPAA. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 5/29/2008 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

08C1385 Chris Deulen, et al vs. National Railroad Passenger Corporation, et al    Page 1 of 1