# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1385 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Chris Deulen vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Rule 16 conference set for 5/29/2008 is stricken. Discovery to be completed by 7/14/2008. Status hearing set for 6/10/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|