## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1385 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Chris Deulen vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/10/2008. Defendant to make Rule 26(a)(1) disclosures within 14 days. Status hearing set for 9/3/2008 at 9:00 to establish discovery schedule.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|