UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Chris Deulen, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01385
Honorable Rebecca R. Pallmeyer

National Railroad Passenger Corporation, et al.

Defendant.

# ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(etv, )Mailed notice.

Dated: September 3, 2008

/s/ Rebecca R. Pallmeyer

United States District Judge