# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1385 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Chris Deulen, et al vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/3/2008. Date for Defendant's answer to liability interrogatories continued generally. Status hearing set 11/5/2008 at 9:00. Referral to Magistrate Judge Nolan for settlement conference.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|